AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Hemad Janfeshan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-4324 |
| John Kerry et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Hemad Janfeshan

Date: 13 Sept. 2016

*Attorney's signature*

Ramzi Kassem (433 2649)
*Printed name and bar number*

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101
*Address*

ramzi.kassem@law.cuny.edu
*E-mail address*

(718) 340-4558
*Telephone number*

(718) 340-4470
*FAX number*